UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TURF MANAGEMENT SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-221 |
| RANDELL WALDEN, et al., | ) |
| Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petition of Natalma M. McKnew of the law firm of Smith Moore Leatherwood, LLP, 2 West Washington Street, Suite 1100, Greenville, South Carolina 29601, for permission to appear pro hac vice on behalf of plaintiff Turf Management Systems, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Natalma M. McKnew, as counsel of record for plaintiff Turf Management Systems, Inc., in this case.

**SO ORDERED** this __19th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA