FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY 25 AM 11: 08

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TURF MANAGEMENT SYSTEMS, INC., a Canadian Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RANDELL WALDEN and THE WEED MAN LANDSCAPE & PRESSURE WASHING MANAGEMENT, LLC, <br><br> Defendants. | CASE NO. CV415-221 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2016.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA